· Julia Xiques, Appellant, v. Philip Laubenberger and Others, Respondents.— Motion withdrawn. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Nunziata Cardello, Appellant, v. The Brooklyn Union Elevated Railroad Company, Respondent.— Order of the County Court of Kings county affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Nunziata Cardello, Appellant, v. The Brooklyn Union Elevated Railroad Company, Respondent.— Order of the County Court of Kings county affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

· John F. Conway, Respondent, v. Farish-Stafford Company, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

· Emily Cole Donnell, Appellant, v. George B. Cole, Respondent, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Patrick Dougherty, Respondent, v. John Arbuckle, Defendant, and William A. Jamison, Appellant, Copartners, etc., under the Firm Name and Style of Frost Brothers Coal Company.— Order affirmed, without costs. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Patrick Dougherty, Respondent, v. John Arbuckle, Defendant, and William A. Jamison, Appellant, Copartners, etc., under the Firm Name and Style of Frost Brothers Coal Company.— Order affirmed, without costs. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Eighty-Nine Thompson Street, a Domestic Corporation, Respondent, v. Marcus Mandelbaum, as Committee of Margarita Zerillo, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant appellant to answer within twenty days on payment of the costs of this appeal and the costs awarded in the order overruling the demurrer. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

George E. Farewell, Respondent, · v. Anna Irene Maher, Appellant.— Order affirmed, without costs. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

In the Matter of the Application and Petition of John A. Bensel and Others, Constituting the Board of Water Supply of the City of New York, to Acquire Real Estate, etc., in the Towns of Mount Pleasant and Greenburg, etc. (Southern Aqueduct Department, Consolidated Sections Nos. 15 and 17). Alexander Smith Cochran, Appellant; The City of New York, Respondent.— Order in so far as appealed from reversed, with ten dollars costs and disbursements, upon the authority of Matter of Simmons (Hill View Reservoir, Sec. No. 1) (151 App. Div. 444), and proceeding remitted to the Special Term to consider the application upon the merits. Burr. Thomas, Woodward and Rich, JJ., concurred; Hirschberg, J., dissented,